An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JAVIER ALFREDO VILLELA,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66927

**FILED**

DEC 10 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DENYING PETITION

This is a proper person petition for extraordinary relief. Petitioner seeks an order dismissing his criminal case. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Saitta

cc: Javier Alfredo Villela
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk